```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JASON MORANO,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :        22 Civ. 3084 (JPC)
              -v-                                                      :
                                                                       :        ORDER
ZYNGA, INC., et al.,                                                   :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 27, 2022, Plaintiff moved for a preliminary injunction to enjoin the shareholder vote of the proposed merger between Zynga, Inc. and Take-Two Interactive Software, Inc. *See* Dkts. 9, 10 ("Motion"), 11. As part of its motion, Plaintiff asked the Court to expedite discovery. *See* Motion at 21. By the end of the day on April 29, 2022, Defendants shall file a letter explaining their views on whether the Court should expedite discovery. The Court will issue a separate order to set a briefing schedule for Plaintiff's motion for a preliminary injunction and to schedule a show-cause hearing.

Plaintiff shall immediately serve a copy of this order on Defendants. Plaintiff shall file proof of service on the docket by 7:00 p.m. today, April 28, 2022.

    SO ORDERED.

Dated: April 28, 2022  
       New York, New York

                                          JOHN P. CRONAN  
                                         United States District Judge